**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCUS MOSLEY, | ) | |
| | ) | Case No.: 20 cv 2880 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge Steven Seeger |
| | ) | |
| VILLAGE OF LYNWOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 7, 2020, we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer and Affirmative Defense to Plaintiff's Complaint,** a copy of which accompanies this Notice and is herewith served upon you:

Respectfully submitted,

By: /s/ ***Thomas J. Condon Jr.***
One of the Attorneys for Defendants

Thomas J. Condon Jr.
Peterson Johnson & Murray Chicago, LLC
200 W. Adams Street, Suite 2125
Chicago, Illinois 60606
312-724-8024
tcondon@pjmchicago.com

**PROOF OF SERVICE**

I hereby certify that on August 7, 2020, I electronically filed**, Defendants' Answer and Affirmative Defense to Plaintiff's Complaint,** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of the same on August 7, 2020.

By: /s/Thomas J. Condon Jr.
Attorney for Defendants